IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>LAWRENCE P. SCHMIDT; FUTUREGEN COMPANY d/b/a FUTUREGEN CAPITAL; COMMERCIAL EQUITY PARTNERS, LTD.; FGC DISTRESSED ASSETS INVESTMENT # 1, LLC; FUTUREGEN CAPITAL DDA CG FUND LLC; FGC TAX LIEN FUND #2, LLC; FGC TRADING FUND #1 LLC; FGC SPE NO 1 LLC; FGC SPE NO 2 LLC; AND FGC CM NOTE FUND LLC,<br><br>            Defendants. | Case No. 1:14-cv-01002-CRC |

**ORDER SEALING CERTAIN EXHIBITS TO
RECEIVER'S FINAL FEE APPLICATION**

   This matter is before the Court on the Motion to Seal Certain Exhibits to Receiver's Final Fee Application (the "Motion") filed by Marion A. Hecht of CliftonLarsonAllen, LLP, the permanent Receiver appointed in the above-captioned case (the "Receiver"). The Court, having considered the Motion and all papers and pleadings filed in support thereof, and after due deliberation and sufficient cause thereof,

   IT IS ORDERED THAT:

   1.  The Motion is GRANTED in its entirety.

   2.  The Professional Time Exhibits, specifically Exhibits G and N are hereby sealed.

   IT IS SO ORDERED, this __1st__ day of __May__, 2019.

                         _____
                         Christopher R. Cooper
                         United States District Judge