IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>LAWRENCE P. SCHMIDT, et al.,<br><br>                    Defendants. | Case No. 1:14-cv-01002 (CRC) |

**NOTICE THAT FURTHER PROCEEDINGS ARE NOT REQUIRED AT THIS TIME**

Pursuant to the Court's minute order, entered on November 8, 2019, Plaintiff Securities and Exchange Commission notifies the Court that no further proceedings are required in this matter at this time. The Court has entered Final Judgments against all Defendants. (*See* Dkt. Nos. 222 and 240). The Court-appointed Receiver has distributed the assets that were collected and the receivership has been terminated. (*See, e.g.,* Dkt. Nos. 246 and 254).

Plaintiff notes that Defendant Lawrence P. Schmidt has not paid the monetary judgment entered against him. (Dkt. No. 222). Per the Final Judgment entered against Schmidt, the Court retained jurisdiction for purposes of enforcing the Final Judgment. (*Id*.) If, in the future, Plaintiff requires judicial assistance with enforcing that Final Judgment or Plaintiff recovers additional assets in connection with that Final Judgment, Plaintiff will return to the Court to request assistance or for an appropriate order regarding distribution of any collected assets. However, at this time, no further proceedings are required.

2

                                          Respectfully submitted,

By:    /s John V. Donnelly III

           John V. Donnelly III
           Attorney for Plaintiff
           U.S. Securities and Exchange Commission
           Philadelphia Regional Office
           1617 JFK Boulevard, Suite 520
           Philadelphia, PA 19103
           (215) 597-3100
           DonnellyJ@sec.gov

Dated:  November 21, 2019